**Electronically Filed
Supreme Court
SCWC-19-0000375
30-DEC-2019
01:19 PM**

SCWC-19-0000375

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

LOLA L. SUZUKI, Petitioner/Claimant-Appellant,

vs.

AMERICAN HEALTHWAYS, INC., Respondent/Employer-Appellee,

and

ST. PAUL TRAVELERS, Respondent/Insurance Carrier-Appellee,

and

LORNE K. DIRENFELD, M.D.; GARY N. KUNIHIRO, ESQ.;
and SHAWN L.M. BENTON, ESQ., Respondents/Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000375; CASE NO. AB 2007-497 (DCD NO. 2-06-14727)
and CASE NO. AB 2007-498 (DCD NO. 2-07-04617))

ORDER DISMISSING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/claimant-appellant Lola L. Suzuki's

application for writ of certiorari, filed on December 6, 2019, is

hereby dismissed.  See HRS § 602-59; HRAP Rule 40.1(a).

DATED:  Honolulu, Hawaiʻi, December 30, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

